## First District.

Franklin MacVeagh and Company, appellee, v. Wasyl Korpan, appellant. Gen. Nos. 40,125, 40,126.

Opinion filed February 27, 1939.

E. A. Ferrari, for appellant. Allen, Darlington & Moore, for appellee; Glynn J. Elliott, of counsel.

Mr. Presiding Justice Burke delivered the opinion of the court.

Morris B. Rome and Gertrude Rome, appellants, v. D. Warshafsky, Inc., appellee. Gen. No. 40,282.

Opinion filed February 27, 1939.

Julius E. Epstein, for appellants. No appearance for appellee.

Mr. Presiding Justice Burke delivered the opinion of the court.

William H. Westney, appellant, v. Kentucky Manufacturing Corporation, Inc., appellee. Gen. No. 40,425.

Opinion filed February 27, 1939.

Ouerrey & Bosomburg, for appellant; George A. Bosomburg, of counsel. David Schissell, for appellee.

Mr. Presiding Justice Burke delivered the opinion of the court.